United States District Court
Eastern District of North Carolina

ERIC D. DAVIS,
                Plaintiff(s)
      v.                                        **Judgment in a Civil Case**
DENNIS ROWLAND,
TARQUINTIS WALSER, LT ADDINGTON,
SGT PATRICIA JONES, C/O WOODLIEF,
                Defendant(s)                Case Number: 5:07-CT-3126-D

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that defendants' motion for judgment on the pleadings for failure to exhaust administrative remedies is granted and this action is hereby dismissed without prejudice.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, SEPTEMBER 23, 2008, AND COPIES MAILED TO:

VIA U.S. Postal Service                      VIA Notice of Electronic Filing
                                                          **Yvonne Bulluck Ricci**
                                                          NC Department of Justice
                                                          9001 Mail Service Center
                                                          Raleigh, NC  27699-9001

                                                          **Elizabeth Albiston**
                                                          N. C. Prisoner Legal Services, Inc.
                                                          P. O. Box 25397
                                                          Raleigh, NC 27611

  September 23, 2008                                      /s/ DENNIS P. IAVARONE
  Date                                                            Clerk

Raleigh, North Carolina